UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JENNA N. TAFT,

    Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC d/b/a ARS
ACCOUNT RESOLUTION SERVICES,

    Defendant.

Case No. 1:21-cv-02653

## INITIAL STATUS REPORT

Pursuant to Fed. R. Civ. P. 26(f), the Court's Case Procedures, and the Court's June 11, 2021 MINUTE entry [Dkt. #10], the parties jointly submit the following Initial Status Report:

**I.**     **The Nature of the Case**

    **A.**     **Identify the attorneys of record for each party, including the lead trial attorney.**

Joseph S. Davidson (*LEAD ATTORNEY*)
LAW OFFICES OF JOSEPH P. DOYLE LLC
105 South Roselle Road
Suite 203
Schaumburg, Illinois 60193
+1 847-985-1100
jdavidson@fightbills.com

*Counsel for Jenna N. Taft*

Paul Gamboa (*LEAD ATTORNEY*)
Krista Rose Easom
GORDON REES SCULLY MANSUKHANI, LLP
1 North Franklin Street
Suite 800
Chicago, Illinois 60606
+1 312-565-1400
keasom@grsm.com
pgamboa@gordonrees.com

*Counsel for Heathcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services*

**B.** **State the basis for federal jurisdiction.**

Subject matter jurisdiction is conferred on the Court pursuant to 28 U.S.C § 1331 and 15 U.S.C. § 1692k.

**C.** **Describe the nature of the claims asserted in the complaint and any counterclaims.**

On or about April 16, 2021, Plaintiff obtained her credit report. Plaintiff discovered tradeline(s) she did not recognize. Plaintiff disputed the alleged $32.00 balance, demanding verification. Defendant received Plaintiff's dispute letter on April 22, 2021. Plaintiff received no response. On May 12, 2021, Plaintiff obtained another credit report. Defendant updated its tradeline May 1, 2021. Defendant's tradeline did not indicate the tradeline is disputed by Plaintiff. Plaintiff alleges Defendant violated 15 U.S.C. § 1692e(8) of the Fair Debt Collection Practices Act by failing to communicate that a disputed debt is disputed. HRRG denies that it violated the FDCPA.

**D.** **A statement of the major legal and factual issues in the case to be submitted by each side in 200 words or less per side.**

Plaintiff: (1) Whether Plaintiff disputed Defendant's tradeline? (2) Whether Defendant received Plaintiff's dispute? (3) Whether Defendant failed to communicate Plaintiff's dispute? (4) Whether Plaintiff suffered damages?

Defendant: HRRG denies Plaintiff disputed the tradeline and that Plaintiff suffered damages. If HRRG committed any violation of the FDCPA, which is expressly denied, it was the result of a *bona fide* error under 15 U.S.C. § 1692k(c), notwithstanding the maintenance of procedures reasonably

adapted to avoid such error. HRRG also denies that recovery to Plaintiff is appropriate as she lacks an injury in fact and does not have standing. Alternatively, if Plaintiff does have any injury, it was caused by her own conduct and/or the acts and/or omissions of Plaintiff or others.

E. **Describe the relief sought by the plaintiff(s).**

As result of Defendant's alleged violation of 15 U.S.C. § 1692e(8), Plaintiff is seeking an award of any actual damages sustained by Plaintiff; such additional damages as the court may allow, but not exceeding $1,000.00; and the costs of this action ($477.00 to date), together with a reasonable attorney's fee ($3,867.50 to date) as determined by the court. HRRG denies that Plaintiff incurred actual damage.

II. **Pending Motions and Case Plan**

A. **Identify the day/date of the Initial Status Hearing**

Telephonic initial status conference set for August 9, 2021.

B. **Identify all pending motions.**

None.

C. **Submit a proposal for a discovery plan, including the following information:**

1. **The general type of discovery needed;**

   Discovery will be needed on all allegations, claims and affirmative defenses alleged in the Complaint and the Answer and will be conducted by (including, but not limited to) depositions,

3

        Interrogatories, Requests for Production of Documents and Requests for Admission.

    2. **A date to issue written discovery;**

        September 8, 2021.

    3. **A date for the deadline for the amendment of pleadings (90 days after Rule 26(a)(1) disclosures are exchanged.**

        November 11, 2021.

    4. **A fact discovery completion date;**

        January 6, 2022.

    5. **An expert discovery completion date, including dates for the delivery of expert reports; and**

        Expert discovery is unlikely; however, the parties request the Court set another status hearing at or near fact discovery completion date to confirm.

    6. **A date for the filing of dispositive motions.**

        February 3, 2022.

D. **With respect to trial, indicate the following:**

    1. **Whether a jury trial is requested; and**

        Yes. Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a trial by jury of any and all issues in this action so triable of right.

    2. **The probable length of trial**

        The probable length of trial is 2-3 days.

III. **Consent to Proceed Before a Magistrate Judge**

    **A.** **Indicate whether the parties consent unanimously to proceed before a Magistrate Judge.**

    The parties DO NOT consent unanimously to proceed before a Magistrate Judge.

**IV.** **Status of Settlement Discussions**

    **A.** **Indicate whether any settlement discussions have occurred;**

    Plaintiff made an initial demand to Defendant on June 9, 2021; Defendant is assessing Plaintiff's demand.

    **B.** **Describe the status of any settlement discussions; and**

    Ongoing.

  **C.**  **Whether the parties request a settlement conference.**

  The parties DO NOT request a settlement conference *at this time*.

DATED: July 28, 2021        Respectfully submitted,

                **JENNA N. TAFT**

                By: */s/ Joseph S. Davidson*

                Joseph S. Davidson
                LAW OFFICES OF JOSEPH P. DOYLE LLC
                105 South Roselle Road
                Suite 203
                Schaumburg, Illinois 60193
                +1 847-985-1100
                jdavidson@fightbills.com

                **HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES**

                By: */s/ Krista Easom*

                Krista Rose Easom
                Paul Gamboa
                GORDON REES SCULLY MANSUKHANI, LLP
                1 North Franklin Street
                Suite 800
                Chicago, Illinois 60606
                +1 312-565-1400
                keasom@grsm.com
                pgamboa@gordonrees.com